**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **Lisa Silverstein,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) No. 12 C 7887 ) |
| **Zimmer, Inc., et al,** | ) Judge Rebecca R. Pallmeyer ) ) |
| **Defendants.** | ) |

## ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the above cause is dismissed without prejudice and without costs.

ENTER:

Dated:  July 7, 2015

_____
REBECCA R. PALLMEYER
United States District Judge